**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROBERT J. THOMAS ,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**WILLIAM JAMES DEL BIAGGIO III, et al.,**<br><br>    **Defendants.** | **Case No.: 11-CV-5180 YGR**<br><br>**ORDER GRANTING REQUEST FOR WITHDRAWAL OF MOTION TO WITHDRAW BANKRUPTCY REFERENCE PURSUANT TO STIPULATION** |

Pursuant to the Stipulation of the parties' (Dkt. No. 19), the Motion to Withdraw Bankruptcy Reference is **WITHDRAWN**.

This order terminates the civil case number assigned to this motion, CAND Civil Case No. 11-CV-5180.

The Clerk is directed to send a copy of this Order to the Bankruptcy Court.

**IT IS SO ORDERED**.

Date: July 20, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**