DURIE TANGRI LLP
RAGESH K. TANGRI (SBN 159477)
rtangri@durietangri.com
JOHANNA CALABRIA (SBN 226222)
jcalabria@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

KELLER & BENVENUTTI LLP
PETER J. BENVENUTTI (SBN 60566)
pbenvenutti@kellerbenvenutti.com
650 California Street, 19th Floor
San Francisco, CA 94108
Telephone: 415-364-6798
Facsimile: 650-636-9251

Attorneys for Defendant
THOMVEST HOLDINGS LLC
A Delaware Limited Liability Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>WILLIAM JAMES DEL BIAGGIO, III,<br><br>Debtor.<br><br>ROBERT J. THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM JAMES DEL BIAGGIO, III, et al.,<br><br>Defendants. | Case No. 4:11-cv-05180-YGR<br>Case No. 4:13-cv-02794-YGR<br><br>Chapter 11<br><br>ADV. PROC. NO. 11-03191<br><br>**[Proposed] STIPULATED ORDER FOR DISPOSITION OF INTERPLEADED FUNDS**<br><br>Date: No Hearing Unless<br>Time: Directed By Court<br>Ctrm:<br>Judge: Honorable Yvonne Gonzalez Rogers |

This bankruptcy adversary proceeding involves competing claims to interpleaded funds now held by the Clerk of this Court (the "Clerk of the District Court") and the Clerk of the United States Bankruptcy Court in the Northern District of California (the "Clerk of the Bankruptcy Court") (together the "Clerks of Court"), as follows (collectively, the "Deposited Funds"):

The Clerk of the District Court holds funds in connection with Civil Case No. 4:11-cv-5180, pursuant to stipulated order issued and filed May 14, 2012 in Case No. 4:11-cv-5180, in the principal amount of $1,288,467.53 and accrued interest through February 28, 2015, in the amount of $810.09 for a total of $1,289,277.62 as of February 28, 2015, and additional interest accruing after that date (the "District Court Funds").  Case No. 4:11-cv-5180 was closed pursuant to order filed July 20, 2012, and the Clerk of the District Court continued to hold the District Court Funds under that case number.

The Clerk of the Bankruptcy Court holds funds in connection with Adversary Proceeding No. 11-3191 TC pursuant to Bankruptcy Court order entered August 26, 2013 in the principal amount of $9,920,947.97 and accrued interest through February 28, 2015, in the amount of $11,285.74, for a total of $9,932,233.71 as of February 28, 2015, and additional interest accruing after that date (the "Bankruptcy Court Funds").

This adversary proceeding was tried before Bankruptcy Judge Thomas Carlson on February 12 – 13, 2013.  It came before this Court as Case No. 4:13-cv-02794-YGR for *de novo* review of the Amended Proposed Findings of Fact and Conclusions of Law ("Proposed Findings and Conclusions") prepared and submitted following trial by the Bankruptcy Judge [Bankruptcy Docket No. 99], upon timely objections by Defendant R. Todd Neilson, as Liquidating Trustee for Debtor William James Del Biaggio III ("Defendant Trustee"). The Court has considered *de novo* pursuant to Rule 9033(d) of the Federal Rules of Bankruptcy Procedure the objections filed by Defendant Trustee, the response thereto filed by Defendant and Counterclaimant Thomvest Holdings LLC ("Counterclaimant Thomvest"), and the Proposed Findings and Conclusions and the record of the trial, and has issued its Order Accepting Bankruptcy Court's Amended Proposed Findings of Fact and Conclusions of Law upon such de novo review, with modifications thereto, entered as Docket No. 11 on August 12, 2014.

On September 17, 2014, the Court granted the parties' Stipulated Motion to Correct Final Judgment Pursuant to Fed. R. Civ. P. 60(a) and entered the Corrected Judgment on De Novo Review and

1

PROPOSED STIPULATED ORDER TO DISBURSE FUNDS / CASE NO. 4:11-CV-05180-YGR;
CASE NO. 4:13-CV-02794 –YGR; ADV. PROC. NO. 11-03191

1  Order Accepting Bankruptcy Court's Proposed Findings of Fact and Conclusions of Law (FRCP 60(a))
2  (the "Corrected Judgment") (Dkt. No. 20).

3        On September 19, 2014, Defendant Trustee filed a timely notice of appeal from the Corrected
4  Judgment and thereafter filed Appellant's Opening Brief. On February 20, 2015 the parties reached a
5  settlement agreement in principle and on March 16, 2015 the parties memorialized the terms of their
6  settlement in the Settlement Agreement. As set forth in the Settlement Agreement, Defendant Trustee
7  shall receive $1,000,000.00 of the Deposited Funds, and Counterclaimant Thomvest shall receive the
8  remainder of the Deposited Funds.

9        On March 17 2015, the parties filed their Stipulation Requesting Entry of Order for Disposition
10 of Interpleaded Funds (Dkt. No. 22), to implement the provisions of the Settlement Agreement.

11       Accordingly, pursuant to the Stipulation of the parties, **IT IS HEREBY ORDERED** that the
12 Clerks of Court are authorized and directed forthwith to disburse the Deposited Funds as follows:

13    (a)   The Clerk of the District Court shall forthwith release and pay over to Defendant
14       Trustee **exactly $1,000,000.00** from the District Court Funds. Such payment shall be
15       made to:

> R. Todd Neilson, Liquidating Trustee
> c/o Pachulski Stang Ziehl & Jones LLP
> Attn: John D. Fiero, Esq.
> 150 California Street, 15th Floor
> San Francisco, CA 94111
> Phone: 415 263 7000
> Fax: 415 263 7010
> Email: jfiero@pszjlaw.com

21    (b)   The Clerk of the District Court shall forthwith release and pay over to Counterclaimant
22       Thomvest the remaining amount of the District Court Funds, comprising the balance of
23       principal in the amount of $288,467.53 and all accrued interest through February 28,
24       2015, in the amount of $810.09, for a **total of $289,277.62**, plus any amount of interest
25       accruing on the District Court Funds after February 28, 2015. Such payment shall be
26       made to:

THOMVEST HOLDINGS LLC
c/o Durie Tangrie LLP
217 Leidesdorff Street
San Francisco, CA 94111
Attn: Johanna Calabria, Esq.
Tel: 415.362.6666
Fax: 415.236.6300
jcalabria@durietangri.com

(c) The Clerk of the Bankruptcy Court shall forthwith release and pay over to Counterclaimant Thomvest the full amount of the Bankruptcy Court Funds, comprising the principal amount of $9,920,947.97 and accrued interest through February 28, 2015, in the amount of $11,285.74, for a **total of $9,932,233.71**, plus any amount of interest accruing on the Bankruptcy Court Funds after February 28, 2015. Such payment shall be made to the same entity and precisely in the same manner as is set forth in (b) immediately above.

(d) As provided in the Corrected Judgment, any further amounts that may be distributed or distributable to the holder of the Warrant which is the source of the Deposited Funds shall be distributed to Counterclaimant Thomvest.

(e) Should either of the Clerks of Court required additional instruction from this Court in connection with the disbursement of the Deposited Funds, the parties may seek such instruction without motion or hearing by submission of a joint written request and a stipulated form of order.

(f) This Order, or a copy hereof, shall be filed in both District Court Cases (No. 4:11-cv-05180 and 4:13-cv-02794) and in the Bankruptcy Court in Adversary Proceeding No. 11-3191.

Dated: March 20, 2015

_____
THE HONORABLE YVONNE
GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

The undersigned, counsel of record for the parties, stipulate to entry of the foregoing Order.

Dated: March 7, 2015

PACHULSKI STANG ZIEHL & JONES LLP

By _____
John D. Fiero
Attorneys for Interpleader Defendant and Cross-Defendant, R. Todd Neilson, Liquidating Trustee

Dated: March 7, 2015

DURIE TANGRI

By _____
Johanna Calabria
Attorneys for Interpleader Defendant and Third-Party/Cross-Plaintiff, Thomvest Holdings LLC